UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GENEVIEVE WANNAGE** | : | **DOCKET NO. 2:22-cv-05581** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **AMERICAN MODERN PROPERTY & CASUALTY INSURANCE CO, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 16], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Genevieve Wannage's voluntary motion to dismiss without prejudice [doc. 15] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of October, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**